IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENJAMIN MUHAMMAD JONES                                                              PLAINTIFF

vs.                                      Civil No. 12-CV-1071

SERGEANT THOMAS MILLER, et al.                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 3, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No.11). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C).

Judge Bryant recommends that the following claims be DISMISSED without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii)and 1915A(a): (1) all of Plaintiff's officially capacity claims against all Defendants; (2) Plaintiff's individual capacity claims based on supervisor liability against Brian Martin and Randy Pete; (3) all of Plaintiff's claims against Patrick Patton; (4) all of Plaintiff's claims against Dr. Mitchell Weaver; (5) all of Plaintiff's claims against the Honorable Bruce Anderson; (6) all of Plaintiff's claims against Chuck Lanehart; (7) Plaintiff's claims against Mrs. Golley at the Tucker Unit; (8) Plaintiff's request for injunctive relief regarding removal of a fellow inmate at the Tucker Unit; (9) Plaintiff's denial of medical care claims regarding his head wound against all Defendants; (10) Plaintiff's defamation claim against all Defendants; and (11) Plaintiff's denial of access to the court's claim against all Defendants.  Judge Bryant further recommends that Patrick Patton, Dr. Mitchell Weaver, the Honorable Bruce Anderson, Chuck Lanehart, and Mrs. Golly be DISMISSED from this action.

Upon review, the Court adopts the Report and Recommendation *in toto*. The Court finds that the specific claims listed above are **DISMISSED WITHOUT PREJUDICE**. The Court further finds that Separate Defendants Patrick Patton, Dr. Mitchell Weaver, the Honorable Bruce Anderson, Chuck Lanehart, and Mrs. Golly are **DISMISSED** from this action.

**IT IS SO ORDERED**, this 1st day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge