IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENJAMIN MUHAMMAD JONES                                                              PLAINTIFF

vs.                                           Civil No. 12-CV-1071

THOMAS MILLER, *et al.*                                                              DEFENDANTS


BENJAMIN MUHAMMAD JONES                                                              PLAINTIFF

                                              Civil No. 12-1091

MIKE JOLLY, *et al.*                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 11, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 56 in Case No. 1:12-cv-1091). Judge Bryant recommends that John Doe Dog Catcher be dismissed without prejudice from this matter. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. John Doe Dog Catcher is **DISMISSED WITHOUT PREJUDICE** from this lawsuit.

**IT IS SO ORDERED**, this 15th day of May, 2014.

                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          United States District Judge