IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENJAMIN MUHAMMAD JONES                                                                  PLAINTIFF

V.                                      CASE NO. 12-CV-1071

THOMAS MILLER, *et al.*                                                                  DEFENDANTS


BENJAMIN MUHAMMAD JONES                                                                  PLAINTIFF

V.                                      CASE NO. 12-CV-1091

MIKE JOLLY, *et al.*                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 29, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 52. Judge Bryant recommends that Separate Defendants' Motion to Dismiss for Failure to Comply with a Court Order (ECF No. 38) be granted. Plaintiff has responded with objections, and the Court has reviewed the objections. ECF No. 54. The Court, being well and sufficiently advised, finds that Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation.[1] After reviewing the record *de novo*, the Court adopts the Report and Recommendation *in toto*.

---

[1] Plaintiff's objections do not address why he failed to comply with a court order, and Plaintiff does not deny that he failed to do so. Plaintiff's objections generally consist of a list of claims against certain Defendants.

-2-

Accordingly, Separate Defendants' Motion to Dismiss for Failure to Comply with a Court Order (ECF No. 38) is **GRANTED**.  Plaintiff's claims against the following Defendants are **DISMISSED WITH PREJUDICE**: Brian Martin, Thomas Miller, Mike Warren, Don Hollingsworth, Terrance Moore, Mike Jolly, Ruben Gonzales, Carolyn Simmons, Randy Peek, and Mark Danzy.

**IT IS SO ORDERED**, this 21st day of July, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge