IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENJAMIN MUHAMMAD JONES                                                              PLAINTIFF

v.                                    Civil No. 1:12-CV-01071

THOMAS MILLER; BRIAN MARTIN;
MIKE WARREN; P. GONZALES;
DON HOLLINGSWORTH; RANDY PETE;
MARK DANZY; MIKE JOLLY;
JOHN DOE DOG CATCHER; TERRENCE
MOORE; JOHN BURNSIDE; ALICE WOODS;
and CAROLYN SIMMONS                                                                  DEFENDANTS


BENJAMIN MUHAMMAD JONES                                                              PLAINTIFF

v.                                    Civil No. 1:12-CV-01091

MIKE JOLLY; CAROLYN BYRD;
JAMES KITCHEN; SHEILA JACKSON;
MARK DANZY; TERRENCE MOORE;
THOMAS MILLER; CAROLYN SIMMONS;
DISPATCHER JOLLY; SHAUN DOE;
DON HOLLINGSWORTH; WILLIAM STRAUGH;
BRIAN MARTIN                                                                         DEFENDANTS


**O R D E R**

The Defendants are directed to file a summary judgment motion by **December 3, 2014**. Once the motion is filed, Plaintiff will be asked to verify his receipt of the motion and notify the Court of how he intends to respond.

**IT IS SO ORDERED** this **3rd day of October 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE