IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENJAMIN MUHAMMAD JONES                                      PLAINTIFF

V.                          CASE NO. 12-CV-1071

THOMAS MILLER, *et al.*                                      DEFENDANTS

BENJAMIN MUHAMMAD JONES                                      PLAINTIFF

V.                          CASE NO. 12-CV-1091

MIKE JOLLY, *et al.*                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 17, 2015, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 124.

Judge Bryant recommends that Separate Defendant Dispatcher Jolly's Motion for Summary

Judgment (ECF No. 108) be granted and that Dispatcher Jolly be dismissed from this case.  Judge

Bryant further recommends that this consolidated matter be closed.  Plaintiff has responded with

objections.  ECF No. 128.  The objections were untimely filed; however, the Court has reviewed

them.

The Court, being well and sufficiently advised, finds that Plaintiff's objections offer neither

law nor fact requiring departure from the Report and Recommendation.[1]  After reviewing the record

*de novo*, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Dispatcher Jolly's

---

[1]Plaintiff's objections are general and do not refer specifically to Separate Defendant Dispatcher Jolly.

Motion for Summary Judgment (ECF No. 108) is **GRANTED**, and Dispatcher Jolly is dismissed from this case.  Because all Plaintiff's claims in this consolidated matter have been dismissed, Plaintiff's Motion for Jury Trial (ECF No. 127) is **DENIED AS MOOT**.  The Clerk is directed to close this consolidated matter.

      **IT IS SO ORDERED**, this 15th day of September, 2015.

           /s/ Susan O. Hickey
           Susan O. Hickey
           United States District Judge